UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                          Chapter 7

RICHARD GLEN MCPEAK,                          Case No. 6:17-bk-07714-CCJ

        Debtor.
_____/

## NOTICE OF INTENTION TO SELL PROPERTY OF THE ESTATE

TO: CREDITORS, DEBTOR, AND PARTIES IN INTEREST

> PURSUANT TO LOCAL RULE 2002-4, THE COURT WILL CONSIDER THE RELIEF REQUESTED IN THIS PAPER WITHOUT FURTHER NOTICE OR HEARING UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN TWENTY-ONE (21) DAYS FROM THE DATE SET FORTH ON THE ATTACHED PROOF OF SERVICE, PLUS AN ADDITIONAL THREE DAYS FOR SERVICE IF ANY PARTY WAS SERVED BY U.S. MAIL.
>
> IF YOU OBJECT TO THE RELIEF REQUESTED IN THIS PAPER, YOU MUST FILE A RESPONSE WITH THE CLERK OF THE COURT AT 400 W. WASHINGTON STREET, SUITE 5100, ORLANDO, FL 32801, AND SERVE A COPY ON THE MOVANT'S ATTORNEY, BRADLEY M. SAXTON, ESQUIRE, WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A., 329 PARK AVE. NORTH, SECOND FLOOR, P.O. BOX 880, WINTER PARK, FLORIDA 32790-0880 AND ANY OTHER APPROPRIATE PERSONS WITHIN THE TIME ALLOWED. IF YOU FILE AND SERVE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL EITHER SCHEDULE AND NOTIFY YOU OF A HEARING, OR CONSIDER THE RESPONSE AND GRANT OR DENY THE RELIEF REQUESTED WITHOUT A HEARING.
>
> IF YOU DO NOT FILE A RESPONSE WITHIN THE TIME PERMITTED, THE COURT WILL CONSIDER THAT YOU DO NOT OPPOSE THE RELIEF REQUESTED IN THE PAPER, WILL PROCEED TO CONSIDER THE PAPER WITHOUT FURTHER NOTICE OR HEARING, AND MAY GRANT THE RELIEF REQUESTED.

DENNIS D. KENNEDY, the Chapter 7 Trustee (the "**Trustee**"), duly appointed and acting for the above captioned estate, reports that he intends to sell on or after twenty-one (21) days of mailing by the Bankruptcy Court, the following property of the estate of the Debtor, under the terms and conditions set forth below:

    1.    Description of Property:  32.74% interest in a company known as Nature's Dynamics Holdings, LLC

2.   Manner of Sale:     Private

3.   Terms of Sale:      Lump sum payment of $7,500.00

4.   To:                 Barducci, LLC, a Delaware limited liability company

5.   Sale Price:         Paid in Full

6.   Interest to be Sold:   All right, title, and interest of bankruptcy estate, if any.

7.   <u>Free and clear of all liens and encumbrances, including any IRS lien for delinquent taxes.</u>  This sale is made with no warranties of any other kind.  It is the responsibility of the buyer to satisfy those encumbrances.

8.   Higher and Better Offers:  The Trustee will entertain any higher bids for the purchase of the assets of the Debtor that the Trustee proposes to sell.  Such bids must be at least $500.00 higher than the sale price.  Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, with the full amount of the bid payable to Dennis D. Kennedy, Trustee of the estate of Richard Glen McPeak.  If more than one bid is received, a telephone auction will occur among the bidders at the earliest date the Trustee can arrange such auction.

Dated:  February 12, 2018.

/s/ Bradley M. Saxton
BRADLEY M. SAXTON
Florida Bar No.  0855995
bsaxton@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
PO Box 880
Winter Park, FL  32790-0880
Telephone:  (407) 423-4246
Facsimile:  (407) 645-3728
Attorneys for Dennis D. Kennedy, Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2018, a true and correct copy of the foregoing has been sent via:

**CM/ECF to:**

Justin M. Luna, Esquire, Latham, Shuker, Eden & Beaudine, LLP, P.O. Box 3353, Orlando, FL 32802-3353
Dennis D. Kennedy, Trustee, P. O. Box 541848, Merritt Island, FL 32954
United States Trustee, 400 West Washington Street, Suite 1100, Orlando, FL 32801

**US Mail to:**

Richard Glen McPeak, 3030 Holliday Avenue, Apopka, FL 32703-6632
Edward J. Peterson, Esquire, Stichter, Riedel, Blain & Postler, P.A., 110 East Madison Street, Suite 200, Tampa, FL 33602
All creditors and parties of interest listed on the mailing matrix attached hereto

/s/ Bradley M. Saxton
BRADLEY M. SAXTON

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:17-bk-07714-CCJ<br>Middle District of Florida<br>Orlando<br>Mon Feb 12 14:08:20 EST 2018 | Atlas Retail Capital, LLC<br>c/o Edward J. Peterson, Esq.<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison St., Ste 200<br>Tampa, Fl 33602-4718 | BankUnited, N.A.<br>c/o Robert J. Edwards, Esquire<br>Behar, Gutt & Glazer, P.A.<br>1855 Griffin Road, DCOTA A-350<br>Ft. Lauderdale, FL 33004-2210 |
| Ethos Nature's Dynamics, LLC<br>c/o Edward J. Peterson, Esq.<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 E. Madison Street, Ste 200<br>Tampa, Fl 33602-4718 | FC Partners, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern, PA 19355-0702 | Richard Glen McPeak<br>3030 Holliday Avenue<br>Apopka, FL 32703-6632 |
| American Express<br>P.O. Box 981537<br>El Paso, TX 79998-1537 | American Express (Business)<br>World Financial Center<br>New York, NY 10285-0001 | American Financial Solutions<br>P.O. Box 65018<br>Baltimore, MD 21264-5018 |
| Atlas Retail Capital, LLC<br>Attn: Tyrus Underwood<br>3630 Peachtree Road<br>Suite 2407<br>Atlanta, GA 30326-1547 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19850-5019 | BankUnited, N.A.<br>7815 NW 148 Street<br>Miami Lakes, FL 33016-1554 |
| Business Financial Serv. Inc<br>dba BFS Capital<br>3301 N. University Dr. #300<br>Coral Springs, FL 33065-4149 | Capital One<br>Attn: General Correspondence<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Central Florida Pathology<br>1000 Waterman Way<br>Tavares, FL 32778-5266 |
| Chase<br>P.O. Box 1298<br>Wilmington, DE 19899 | Chase Business<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Citibank North America CBNA<br>399 Park Avenue<br>New York, NY 10022-4699 |
| Credit First<br>6275 Eastland Road<br>Cleveland, OH 44142-1399 | Edward H. Inman<br>c/o Warren W. Wills, Jr, Esq<br>3151 Maple Drive N.E.<br>Atlanta, GA 30305-2503 | Emergency Phy of Cent FL LLP<br>1720 Cook Ave<br>Orlando, FL 32806-2912 |
| Emergency Physicians<br>Dept 4131<br>P.O. Box 1070<br>Charlotte, NC 28201-1070 | Ethos Nature's Dynamics LLC<br>Attn: Jeff Williams<br>3060 Peachtree Road, NW<br>Suite 1600<br>Atlanta, GA 30305-2259 | FL Emergency Physicians<br>500 Winderley Place #115<br>Maitland, FL 32751-7406 |
| FL Hospital Medical Group<br>2600 Westhall Lane<br>Maitland, FL 32751-7107 | FNB Omaha<br>1620 Dodge Street<br>Omaha, NE 68102-1593 | Fidelity Bank Comm.<br>12901 W. Colonial Drive<br>Winter Garden, FL 34787-4101 |
| Fidellity Bank<br>Attn: David L. Fentress<br>P.O. Box 105075<br>Atlanta, GA 30348-5075 | Firestone<br>P.O. Box 81307<br>Block 14<br>Cleveland, OH 44181-0307 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |

Florida Hospital
601 E. Rollins Street
Orlando, FL 32803-1273

Florida Hospital
Patient Financial Services
P.O. Box 538800
Orlando, FL 32853-8800

Florida Hospital Orlando
601 E. Rollins Street
Orlando, FL 32803-1273

Funding Circle
747 Front Street
San Francisco, CA 94111-1922

GTE
PO Box 172599
Tampa, FL 33672-0599

Gte Federal Credit Union
d/b/a/ Gte Financial
Stefan Beuge, Phelan Hallinan et al
2001 NW 64th Street Ste 100
Ft. Lauderdale, FL 33309-1844

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

Jeff Williams
c/o Edward J. Petersen, III
110 E. Madison St., Ste 200
Tampa, FL 33602-4718

Jewett Orthopedic Clinic
Patient Billing Processing
P.O. Box 1870
Cary, NC 27512-1870

Lending Club
71 Stevenson St., #300
San Francisco, CA 94105-2985

Medical Care Radiology Gr.
1414 Kuhl Avenue
Orlando, FL 32806-2008

Medical Services Extend Pay
P.O. Box 24104
Chattanooga, TN 37422-4104

Merchants Assoc. Collection
134 S. Tampa Street
Tampa, FL 33602-5354

Michelle O. McPeak
3030 Holliday Avenue
Apopka, FL 32703-6632

Moffit Cancer Center
12902 USF Magnolia Dr.
Tampa, FL 33612-9416

Nature's Dynamics Holdings
3802 Silver Star Road
Orlando, FL 32808-4630

Nature's Dynamics Partners
3802 Silver Star Road
Orlando, FL 32808-4630

North American Credit Serv.
P.O. Box 182221
Chattanooga, TN 37422-7221

Orlando Health
P.O. Box 620000
STOP 9936
Orlando, FL 32891-9936

Orlando Health Physicians
P.O. Box 915092
Orlando, FL 32891-0001

Orlando Heart Specialist
450 W. Central Pkwy, #2000
Altamonte Springs, FL 32714-2438

Penn Credit
816 South 14th St.
Harrisburg, PA 17104

Radiology Specialists of FL
2600 Westhall Lane
Maitland, FL 32751-7102

Seminole County Fire Rescue
1101 East First Street
Sanford, FL 32771-1468

Seminole County Tax Collector
Post Office Box 630
Sanford FL 32772-0630

Sun Trust Merchant Services
4000 Coral Ridge Dr.
Coral Springs, FL 33065-7614

The Home Depot
c/o Citibank North America
P.O. Box 6497
Souix Falls, SD 57117-6497

US Anesthesia Partners
450 East Las Olas Blvd.
Suite 850
Ft. Lauderdale, FL 33301-4244

United States Trustee - ORL7/13 +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

| | | |
|---|---|---|
| Edward J. Peterson III+<br>Stichter, Riedel, Blain & Postler, P.A.<br>110 East Madison Street, Suite 200<br>Tampa, FL 33602-4718 | Justin M. Luna +<br>Latham, Shuker, Eden & Beaudine, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Stefan Noah Beuge +<br>Phelan Hallinan Diamond & Jones, PLLC<br>2001 NW 64th Street, Suite 100<br>Fort Lauderdale, FL 33309-1844 |
| Dennis D Kennedy +<br>P. O. Box 541848<br>Merritt Island, FL 32954-1848 | Robert J Edwards +<br>Behar Gutt & Glazer PA<br>2999 Northeast 191st Street<br>Fiftth Floor<br>Aventura, FL 33180-3123 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Gte Federal Credit Union d/b/a/ Gte Financ | (d)FC Partners, LLC<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 | (u)Cynthia C. Jackson +<br>Orlando |

End of Label Matrix
Mailable recipients    65
Bypassed recipients     3
Total                  68